1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                     UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | Case No. 1:23-po-00091-SAB
12 |                    Plaintiff,         | [Citation #9264645; CA79]
13 | v.                                    |
14 | FRANKIE J. DUTRA,                     | MOTION AND ORDER FOR DISMISSAL
15 |                    Defendant.         |
16

17

18    The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00091-

20 SAB [Citation #9264645; CA79] against FRANKIE J. DUTRA, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: August 30, 2023                     Respectfully submitted,

24                                            PHILLIP A. TALBERT
                                              United States Attorney
25
                                        By:   /s/ *Chan Hee Chu*
26                                            CHAN HEE CHU
                                              Assistant United States Attorney
27

28
                                         1
                                                                      U.S. v. Dutra
                                                                      Case No. 1:23-po-00091-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00091-SAB [Citation #9264645; CA79] against FRANKIE J. DUTRA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 31, 2023__

_____
UNITED STATES MAGISTRATE JUDGE